UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAMUEL AVOLA,
DOREEN AVOLA,

                Plaintiffs,

-vs-                                      Case No. 6:08-cv-327-Orl-18DAB

LAZY DAYS' R.V. CENTER, INC.,
MONACO COACH CORPORATION,
                Defendants.

_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motions filed herein:

| MOTION: | MOTIONS TO TRANSFER VENUE TO TAMPA DIVISION (Doc. Nos. 10, 11) |
|---|---|
| FILED: | March 31, 2008 |
| THEREON it is RECOMMENDED that the motion be GRANTED. | |

*So ordered
7 May 08
[signature]
KENDALL SHARP
U.S. DISTRICT JUDGE*

Defendants Monaco Coach Corporation and Lazy Days RV Center, Inc., moved to transfer venue from the Orlando Division to the Tampa Division (both of which are within the Middle District of Florida) based on a forum selection clause in the contract to purchase a recreational vehicle. Doc. No. 2 at 30. The clause reads: "Any and all actions of any kind brought by me or you relating to this sale or the product purchased must be filed exclusively in Hillsborough County. All proceedings, mediations, inspections, etc. relating to such an action will be conducted exclusively in this venue." Doc. No. 2 at 30 ¶ 15. Plaintiffs, residents of Orange County, are opposed to the transfer of venue.